Waiver of Indictment                                                                 Cr. Form No. 18

# United States District Court

## FOR THE

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 22-110 (JRT) |
| JACOB JAMES GALL, | ) |
| Defendant. | ) |

Jacob James Gall, the above-named defendant, who is accused of filing a false income tax return in violation of Title 26, United States Code, Section 7206, being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: July 05, 2022

_____
Jacob James Gall, Defendant

_____
Robert M. Lewis, Witness

_____
Hannah L. Martin
Hillary B. Parsons
Attorneys for Defendant

SCANNED
JUL 12 2022
U.S. DISTRICT COURT MPLS